PS 42
(Rev 07/93)

# United States District Court
District of Nebraska

**District of Nebraska**

| | |
|---|---|
| **United States of America** )<br>)<br>vs )<br>**Donald Brown** )<br>) | Case No. 8:05CR220 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Donald Brown, have discussed with Travis E. Wilcoxen, Pretrial Services Officer Assistant, modification of my release as follows:

**Remove Condition 7 (k):**  Reside at the Arch at all times.

**Change address to reflect the following:**  3106 Joann Avenue
Bellevue, NE 68132

I consent to this modification of my release conditions and agree to abide by this modification.

X _____  1-23-06            _____  1-23-06
Signature of Defendant      Date                Pretrial Services Officer      Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                        1-23-06
Signature of Defense Counsel                    Date

[X]  The above modification of conditions of release is ordered, to be effective on 1/23/06

[ ]  The above modification of conditions of release is not ordered.

_____                        1/26/06
Signature of Judicial Officer                    Date